M1

FILED BY _____ D.C.
05 MAY 16 PM 3:32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

2005 MAY 17 AM 9:35

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff. | |
| v. | No. 04-20192-MI |
| JAMES TRENELL,<br>  Defendant. | JON PHIPPS McCALLA<br>U.S. DISTRICT JUDGE |

MOTION GRANTED
Sentencing RESET to
Friday, Aug. 5,
2005 at 9:00 AM

May 18, 2005
DATE

## MOTION TO CONTINUE SENTENCING DATE

Defendant James Trenell, by and through counsel Juni S. Ganguli, respectfully requests that the sentencing date in his case be continued. Sentencing is currently set for May 20, 2005. In support thereof, counsel would show the following:

1. Mr. Trenell may serve the prosecution as a witness in *United States of America v. Ronnie Henry*, case number 04-20244-MI.

2. Mr. Henry's case is set for report on May 27, 2005. A trial date in the matter will likely be selected at that time.

3. Counsel would respectfully request that the Court re-set Mr. Trenell's sentencing date for thirty days.

4. Counsel has spoken with Assistant United States Attorney David Pritchard and there is no objection to re-setting the date for sentencing.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-20-05_

54

Respectfully submitted,

_____
JUNI S. GANGULI (#018659)
Attorney for Defendant
40 South Main Street, Suite 1540
Memphis, TN 38103
901- 544-9339

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion has been served on Assistant United States Attorney David Pritchard, 167 North Main Street, Suite 800, Memphis, TN 38103 this 17th day of May, 2005.

_____
Juni S. Ganguli

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CR-20192 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT